UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ADAM SALAS RAMIREZ, | ) | 1:08-CV-00557 OWW SMS HC |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATION [Doc. #5] |
| | ) | |
| | ) | ORDER DISMISSING PETITION FOR WRIT |
| v. | ) | OF HABEAS CORPUS |
| | ) | |
| | ) | ORDER DIRECTING CLERK OF COURT |
| | ) | TO ENTER JUDGMENT |
| | ) | |
| KEN CLARK, | ) | ORDER DENYING PETITIONER'S |
| | ) | MOTION FOR CERTIFICATE OF |
| Respondent. | ) | APPEALABILITY [Doc. #6] |
| | ) | |

Petitioner is a state prisoner proceeding pro se with an application for a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On June 2, 2008, the Magistrate Judge issued a Findings and Recommendation that recommended the petition be DISMISSED for failure to state a claim. Petitioner was granted thirty (30) days to file objections to the Findings and Recommendation. Petitioner did not timely file objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis.

1  On June 23, 2008, Petitioner filed a motion for certificate of appealability. However, in this circuit, under 28 U.S.C. § 2253(c), "a COA is not required when a state prisoner challenges an administrative decision regarding the execution of his sentence." White v. Lambert, 370 F.3d 1002, 1010 (9th Cir.2004); see also Rosas v. Nielsen, 428 F.3d 1229, 1232 (9th Cir.2005) (per curiam). As the target of Petitioner's habeas petition is an administrative decision denying him eligibility to earn certain credits against his sentence, not a state court proceeding, no COA is necessary. Rosas, 428 F.3d at 1232.

**ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation of June 2, 2008, is ADOPTED IN FULL;

2. The Petition for Writ of Habeas Corpus is DISMISSED WITH PREJUDICE;

3. The Clerk of Court is DIRECTED to enter judgment; and

4. Petitioner's motion for certificate of appealability is DENIED.

IT IS SO ORDERED.

**Dated:   July 23, 2008**              /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE