

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

ADAM SALAS RAMIREZ,

vs.

**ORDER RE: CERTIFICATE OF APPEALABILITY**

1:08-CV00557 OWW/SMS HC

KEN CLARK,

_____/

Judgment having been entered in this matter, any request for a Certificate of Appealability shall be:

\_\_\_\_\_    Granted for the following reason:

_____

_____

\_\_X\_\_    Denied for the following reason:

Reasonable jurists would not find the ruling on the ex post facto issue debatable or ~~to~~ wrong

Dated: 7-22-08

OLIVER W. WANGER
United States District Judge